IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                Case No. 12-CV-398

MICHAEL WIRTH, DC,

    Defendant,

GHC,

    Garnishee Defendant

---

## DISPOSITION ORDER FOR WRIT OF CONTINUING GARNISHMENT

---

The Court has received the answer of the garnishee defendant in the above-captioned case and notes that no hearing has been requested within the required time period. Accordingly,

IT IS HEREBY ORDERED that the garnishee defendant GHC withhold and retain twenty-five percent (25%) of the debtor's income from all sources for each pay period. All funds shall be made payable to the U.S. Department of Justice and forwarded to the U.S. Attorney's Office, Financial Litigation Unit, 222 W. Washington Avenue #700, Madison, Wisconsin 53703.

THIS WRIT OF GARNISHMENT IS CONTINUING AND MAY ONLY TERMINATE BY:

    A.    A COURT ORDER QUASHING THE WRIT OF GARNISHMENT;

    B.    EXHAUSTION OF PROPERTY IN THE POSSESSION, CUSTODY, OR CONTROL OF THE GARNISHEE IN WHICH THE DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST (INCLUDING NONEXEMPT DISPOSABLE EARNINGS), UNLESS THE GARNISHEE REINSTATES OR REEMPLOYS THE JUDGMENT DEBTOR WITHIN 90 DAYS AFTER THE JUDGMENT DEBTOR'S DISMISSAL OR RESIGNATION; OR

    C.    SATISFACTION OF THE DEBT WITH RESPECT TO WHICH THE WRIT IS ISSUED.

Entered this 5th day of May, 2014.

BY THE COURT:

BARBARA B. CRABB
United States District Judge